**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

WOODBRIDGE GROUP OF COMPANIES, LLC,          Case No. 17-12560

     Remaining Debtors.

---

MICHAEL GOLBERG, in his capacity as
Liquidating Trustee of the WOODBRIDGE
LIQUIDATION TRUST,

     Plaintiff,

     vs.                                                              Adversary Case No. 19-51023-BLS

SAFE MONEY BROADCASTING, LLC and
MICHAEL P. LITWIN,

     Defendants.

---

**MICHAEL P. LITWIN'S ANSWER TO ADVERSARY COMPLAINT**

---

NOW COMES Michael P. Litwin, as and for his Answer to the Adversary Complaint, states as follows:

1.    Answering paragraph 1 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

2.    Answering paragraph 2 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

3.    Answering paragraph 3 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

<u>Jurisdiction and Venue</u>

4.      Answering paragraph 4 of Plaintiff's Adversary Complaint, answering Defendant admits.

5.      Answering paragraph 5 of Plaintiff's Adversary Complaint, answering Defendant admits.

## The Parties

### *The Liquidation Trust*

6.      Answering paragraph 6 of Plaintiff's Adversary Complaint, answering Defendant admits.

7.      Answering paragraph 7 of Plaintiff's Adversary Complaint, answering Defendant admits.

8.      Answering paragraph 8 of Plaintiff's Adversary Complaint, answering Defendant admits.

9.      Answering paragraph 9 of Plaintiff's Adversary Complaint, answering Defendant admits.

10.     Answering paragraph 10 of Plaintiff's Adversary Complaint, answering Defendant admits.

11.     Answering paragraph 11 of Plaintiff's Adversary Complaint, answering Defendant admits.

12.     Answering paragraph 12 of Plaintiff's Adversary Complaint, answering Defendant admits.

***Defendants***

13.    Answering paragraph 13 of Plaintiff's Adversary Complaint, answering Defendant admits that he is an individual residing in Wisconsin and that he acted as a financial advisor, but denies the remaining allegations and affirmatively alleges that he does not and has not owned, managed, dominated, or controlled SMB at any time.

14.    Answering paragraph 14 of Plaintiff's Adversary Complaint, answering Defendant denies.

FACTUAL BACKGROUND

15.    Answering paragraph 15 of Plaintiff's Adversary Complaint, answering Defendant admits the language of the Order but with regard to the remaining allegations, lacks information sufficient to form a belief about the truth of the allegation and denies same.

16.    Answering paragraph 16 of Plaintiff's Adversary Complaint, answering Defendant admits that he was not a registered broker-dealer. As to the remaining allegations, lacks information sufficient to form a belief about the truth of the allegation and denies same.

17.    Answering paragraph 17 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

18.    Answering paragraph 18 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

19.    Answering paragraph 19 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

***The Proof(s) of Claim***

20.    Answering paragraph 20 of Plaintiff's Adversary Complaint, answering Defendant admits that SMB was scheduled by the Debtors for claims as identified in Exhibit A. As to the

remaining allegations, lacks information sufficient to form a belief about the truth of the allegation and denies same.

21.     Answering paragraph 21 of Plaintiff's Adversary Complaint, answering Defendant denies as to the allegations against him, but as to the allegations against SMB, lacks information sufficient to form a belief about the truth of the allegation and denies same.

*The Transfers*

22.     Answering paragraph 22 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

23.     Answering paragraph 23 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

## FIRST CLAIM FOR RELIEF

### Avoidance and Recovery of Preferential Transfers

24.     Answering paragraph 24 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

25.     Answering paragraph 25 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

26.     Answering paragraph 26 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

27.     Answering paragraph 27 of Plaintiff's Adversary Complaint, answering Defendant denies.

28.     Answering paragraph 28 of Plaintiff's Adversary Complaint, answering Defendant denies.

## SECOND CLAIM FOR RELIEF

### Avoidance and Recovery of Actual Intent Fraudulent Transfers – Bankruptcy Code

29.    Answering paragraph 29 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

30.    Answering paragraph 30 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

31.    Answering paragraph 31 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

32.    Answering paragraph 32 of Plaintiff's Adversary Complaint, answering Defendant denies.

33.    Answering paragraph 33 of Plaintiff's Adversary Complaint, answering Defendant denies.

## THIRD CLAIM FOR RELIEF

### Avoidance and Recovery of Constructive Fraudulent Transfers – Bankruptcy Code

34.    Answering paragraph 34 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

35.    Answering paragraph 35 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

36.    Answering paragraph 36 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

37.    Answering paragraph 37 of Plaintiff's Adversary Complaint, answering Defendant denies.

38.    Answering paragraph 38 of Plaintiff's Adversary Complaint, answering Defendant denies.

## FOURTH CLAIM FOR RELIEF

### Avoidance and Recovery of Actual Intent Voidable Transactions – State Law

39.    Answering paragraph 39 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

40.    Answering paragraph 40 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

41.    Answering paragraph 41 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

42.    Answering paragraph 42 of Plaintiff's Adversary Complaint, answering Defendant denies.

43.    Answering paragraph 43 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

44.    Answering paragraph 44 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

45.    Answering paragraph 45 of Plaintiff's Adversary Complaint, answering Defendant denies.

## FIFTH CLAIM FOR RELIEF

### Avoidance and Recovery of Constructive Voidable Transactions – State Law

46.     Answering paragraph 46 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

47.     Answering paragraph 47 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

48.     Answering paragraph 48 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

49.     Answering paragraph 49 of Plaintiff's Adversary Complaint, answering Defendant denies.

50.     Answering paragraph 50 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

51.     Answering paragraph 51 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

52.     Answering paragraph 52 of Plaintiff's Adversary Complaint, answering Defendant denies.

## SIXTH CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)

### Objection to Claims (Bankruptcy Code Section 502(d))

53.     Answering paragraph 53 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

54.     Answering paragraph 54 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

55.     Answering paragraph 55 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

## SEVENTH CLAIM FOR RELIEF

### Equitable Subordination of Claims

56.     Answering paragraph 56 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

57.     Answering paragraph 57 of Plaintiff's Adversary Complaint, answering Defendant denies.

58.     Answering paragraph 58 of Plaintiff's Adversary Complaint, answering Defendant denies.

59.     Answering paragraph 59 of Plaintiff's Adversary Complaint, answering Defendant denies.

60.     Answering paragraph 60 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

61.     Answering paragraph 61 of Plaintiff's Adversary Complaint, answering Defendant denies.

## EIGHTH CLAIM FOR RELIEF

### Sale of Unregistered Securities (Securities Act Sections 5(a), 5(c), and 12(a))

62.     Answering paragraph 62 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

63.     Answering paragraph 63 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

64.     Answering paragraph 64 of Plaintiff's Adversary Complaint, answering Defendant admits.

65.     Answering paragraph 65 of Plaintiff's Adversary Complaint, answering Defendant denies.

66.     Answering paragraph 66 of Plaintiff's Adversary Complaint, answering Defendant denies.

67.     Answering paragraph 67 of Plaintiff's Adversary Complaint, answering Defendant denies.

68.     Answering paragraph 68 of Plaintiff's Adversary Complaint, answering Defendant denies.

## NINTH CLAIM FOR RELIEF

### Fraud

69.     Answering paragraph 69 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

70.     Answering paragraph 70 of Plaintiff's Adversary Complaint, answering Defendant denies.

71.     Answering paragraph 71 of Plaintiff's Adversary Complaint, answering Defendant denies.

72.     Answering paragraph 72 of Plaintiff's Adversary Complaint, answering Defendant denies.

73.     Answering paragraph 73 of Plaintiff's Adversary Complaint, answering Defendant denies.

74.     Answering paragraph 74 of Plaintiff's Adversary Complaint, answering Defendant denies.

## TENTH CLAIM FOR RELIEF

### Aiding and Abetting Fraud

75.     Answering paragraph 75 of Plaintiff's Adversary Complaint, answering Defendant incorporates by reference and reasserts his replies to each of the preceding allegations of the Plaintiff's Adversary Complaint.

76.     Answering paragraph 76 of Plaintiff's Adversary Complaint, answering Defendant lacks information sufficient to form a belief about the truth of the allegation and denies same.

77.     Answering paragraph 77 of Plaintiff's Adversary Complaint, answering Defendant denies.

78.     Answering paragraph 78 of Plaintiff's Adversary Complaint, answering Defendant denies.

79.     Answering paragraph 79 of Plaintiff's Adversary Complaint, answering Defendant denies

80.     Answering paragraph 80 of Plaintiff's Adversary Complaint, answering Defendant denies.

## AFFIRMATIVE DEFENSES

1. Upon information and belief, Plaintiff has failed to state a claim upon which relief may be granted.

2.  Upon information and belief, the Debtors' losses are caused by third parties or other
    intervening and/or superseding causes over which this Defendant has no control.

Dated this /57 day of July, 2020,



_____

Michael P. Litwin, pro se

This document was prepared with the assistance of a lawyer. See Wis. Stat. § 802.05(2m).

11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

WOODBRIDGE GROUP OF COMPANIES, LLC,                   Case No. 17-12560

        Remaining Debtors.

---

MICHAEL GOLBERG, in his capacity as
Liquidating Trustee of the WOODBRIDGE
LIQUIDATION TRUST,

        Plaintiff,

        vs.                                         Adversary Case No. 19-51023-BLS

SAFE MONEY BROADCASTING, LLC and
MICHAEL P. LITWIN,

        Defendants.

---

### CERTIFICATE OF MAILING

---

I, Michael Litwin, certify that on ____July 1____, 2020, I mailed my Answer in the above-

referenced case, via regular first class U.S. Mail, proper postage prepaid, to:

        Clerk
        United States Bankruptcy Court
        824 North Market Street, 3rd Floor
        Wilmington, DE 19801

With a copy to:

        PACHULSKI STANG ZIEHL & JONES LLP
        Andrew W. Caine
        Bradford J. Sandler
        Colin R. Robinson
        919 North Market Street, 17th Floor
        Wilmington, DE 19899-8705

FILED
2020 JUL 10 AM 10: 09
US BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

Under penalty of perjury, I declare that the foregoing is true and correct.

7-1-2020

Date

Michael P. Litwin
3124 E. Canvasback Ln.
Appleton. WI 54913