# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br> Plaintiff, <br> vs. <br><br> SAFE MONEY BROADCASTING, LLC and MICHAEL P. LITWIN, <br><br> Defendants. | Adversary Proceeding <br> Case No. 19-51023 (JKS) <br><br><br><br><br> **Ref. Adv. Docket No. 57** |

## NOTICE OF WITHDRAWAL OF NOTICE OF STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH RESPECT TO DEFENDENT MICHAEL P. LITWIN

**PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust hereby withdraws without prejudice the *Stipulation of Dismissal of Adversary Proceeding with Respect to Defendent Michael P. Litwin* [Adv. Docket No. 57], filed on October 20, 2021 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated:  October 21, 2021      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
         acaine@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

DOCS_DE:235263.2 94811/003